IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDULLA AJETI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | : | NO. 26-3249 |
| | : | |

ORDER

AND NOW, this 27th day of July 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs to remand this action to the Court of Common Pleas of Philadelphia County (Doc. # 23) is DENIED; and

(2) the motion of defendant Life Insurance Company of North America to dismiss plaintiffs' complaint for failure to state a claim (Doc. # 20) is GRANTED without prejudice to plaintiffs' right to file an amended complaint within ten days.

BY THE COURT:

/s/ Harvey Bartle III
J.